**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00265-GMN-CWH |
| Plaintiff, | |
| v. | |
| JOHN SIEMER, | **ORDER** |
| Defendant. | |

Presently before the Court is Defendant John Siemer's ex parte motion for outside medical care (ECF No. 415), filed on September 18, 2017. Defendant requests that this Court order an outside physician to treat Defendant's medical problems. However, Defendant does not cite any authorities in support of his motion. Under Local Criminal Rule 47-3, the failure of a moving party to include points and authorities in support of a motion constitutes consent to denying the motion.

In addition, Defendant has filed this motion ex parte, but does not explain on what basis there is a need for ex parte review. Under Local Rule IA 7-2, a party may not make an ex parte communication with the court except as specifically permitted under the Local Rules or the Federal Rules of Criminal Procedure. The Court notes that the motion contains information about Defendant's medical condition, but finds no authority for the motion's ex parte status. The Court will therefore seal Defendant's motion but deny Defendant's request for ex parte review.

IT IS THEREFORE ORDERED that Defendant's motion for outside medical care (ECF No. 415) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk shall SEAL Defendant's motion and STRIKE the ex parte label.

DATED: September 19, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1