# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00265-GMN-CWH |
| Plaintiff, | |
| v. | |
| JOHN SIEMER, | **ORDER** |
| Defendant. | |

Presently before the Court is Defendant John Siemer's motion for a pretrial conference (ECF No. 509), filed on January 31, 2018. The government filed a response (ECF No. 522) on February 14, 2018. Defendant did not file a reply.

Defendant moves for a pretrial conference to discuss the viability of the trial date, which was previously set at February 26, 2018. However, on February 14, 2018, the Court issued an order to continue (ECF No. 523), resetting the date for trial to September 10, 2018. In light of the Court's order, Defendant's motion is moot.

DATED: March 13, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge