CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 7149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
702-384-5563
ctr@rasmussenlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00265-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO REOPEN SIEMER'S DETENTION HEARING** |
| JOHN SIEMER, | |
| Defendant | |

COMES NOW, JOHN SIEMER, by and through his counsel, Chris T. Rasmussen, Esq., and DAN SCHIESS, Assistant United States Attorney and hereby stipulates to request a detention hearing the week of March 9, 2020.

Counsel for Siemer requests a hearing on March 9, 2020, in the morning if possible as he is selecting a jury in Kingman Arizona at 1:30 pm. (Mountain Time).

Dated this 2nd day of March, 2020.

By /S//: CHRIS T. RASMUSSEN
CHRIS RASMUSSEN
Counsel for John Siemer

By /S//: DAN SCHIESS
DAN SCHIESS
Assistant United States Attorney
Counsel for Plaintiff

STIPULATION AND ORDER TO REOPEN SIEMER'S DETENTION HEARING - 1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SIEMER,<br><br>Defendant | Case No.: 2:16-cr-00265-GMN-NJK<br><br>**STIPULATION AND ORDER TO REOPEN SIEMER'S DETENTION HEARING** |
UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN SIEMER,

    Defendant

Case No.: 2:16-cr-00265-GMN-NJK

**STIPULATION AND ORDER TO REOPEN SIEMER'S DETENTION HEARING**

**IT IS THEREFORE ORDERED**: That the detention hearing will be held on the 9th day of March 2020, at 9:30 A.M.

DATED this __3__ day of March, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER TO REOPEN SIEMER'S DETENTION HEARING - 2